# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2886

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District court for the Western |
| | * | District of Missouri. |
| William Burton Self, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: July 17, 2001
Filed:   July 24, 2001

_____

Before BOWMAN, BEAM, and BYE, Circuit Judges.

_____

PER CURIAM.

William Burton Self pleaded guilty to conspiracy to manufacture methamphetamine, see 21 U.S.C. §§ 841(a)(1), 846 (1994). The District Court[1] departed downward from the applicable guidelines range of 87-108 months of imprisonment, sentencing him to forty-five months' imprisonment and five years' supervised release. On appeal, Self's counsel has filed a brief and moved to withdraw

---

[1]The
Western District of Missouri.

under <u>Anders v. California</u>, 386 U.S. 738 (1967); Self has not filed a pro se supplemental brief.

Having thoroughly reviewed the record, we conclude that in the written plea agreement Self knowingly and voluntarily waived his right to appeal his sentence. <u>See</u> <u>United States v. Michelsen</u>, 141 F.3d 867, 871-73 (8th Cir.), <u>cert. denied</u>, 525 U.S. 942 (1998); <u>United States v. Greger</u>, 98 F.3d 1080, 1081-82 (8th Cir. 1996). Accordingly, we enforce the appeal waiver, dismiss this appeal, and grant counsel's motion to withdraw. <u>See</u> <u>United States v. Berberich</u>, No. 00-2344, 2001 WL 694526, at *4 (8th Cir. June 21, 2001); <u>United States v. Estrada-Bahena</u>, 201 F.3d 1070, 1071 (8th Cir. 2000) (per curiam).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.